RECEIVED
IN ALEXANDRIA, LA.
SEP 28 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARLON BROOKS<br>    LA. DOC #432568 | CIVIL ACTION NO. 09-1067 |
| VS. | SECTION P |
| | JUDGE DRELL |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE KIRK |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE